Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIKA SHISHMANIAN,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**ENCORE RECEIVABLE MANAGEMENT, INC.,**<br><br>Defendant. | Case No. 2:16-cv-06015-FMO-AS<br><br>**VOLUNTARY DISMISSAL OF THIS ACTION WITH PREJUDICE, AND TO SUBMIT THIS ACTION TO ARBITRATION** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative Class claims. The parties held a motion pre-filing conference pursuant to Local Rule 7-3, regarding Defendant's motion to compel arbitration.  Based on that conference, Plaintiff agrees that the case should be resolved through arbitration, and therefore dismisses this action.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Although this case was filed as a class action, no class has

been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 13th day of October, 2016.

By:  s/Todd M. Friedman
 Todd M. Friedman, Esq.
 Law Offices of Todd M. Friedman, P.C.
 Attorney for Plaintiff

Notice of Dismissal - 2

Filed electronically on this 13th day of October, 2016, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 13th day of October, 2016, via the ECF system to:

Honorable Fernando M. Olguin
United States District Court
Central District of California

Jennifer N Lamirand
Crowe Dunlevy, P.C.

And mailed to:

Edward Totino
DLA PIPER LLP
2000 Avenue of the Stars, Ste 400
Los Angeles, CA 90067


This 13th day of October, 2016.
By: s/Todd M. Friedman
       Todd M. Friedman